IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE SAMUEL HUDSON, III, ESQ. | § § § | 3:08-MC-0011 P |

## ORDER

In June 2007, attorney Samuel Hudson, III, was permanently disbarred from the practice of law in the State of Texas. Pursuant to N.D. Tex. Civ. R. 83.8(a) and (h) and N.D. Tex. Crim. R. 57.8(a) and (h), the court on January 4, 2008 filed an order notifying Samuel Hudson, III, Esquire ("counsel"), that it intended to disbar counsel from practicing in this court unless counsel showed cause why counsel should not be disbarred. Counsel did not respond to the notice.

Accordingly, IT IS HEREBY ORDERED:

That attorney, Samuel Hudson, III, is disbarred from the practice of law in the Northern District of Texas. The Clerk of this Court is directed to remove Mr. Hudson's name from the roll of attorneys admitted to practice in the Northern District of Texas.

**SO ORDERED.**

February 29, 2008.

FOR THE COURT:

*/s/ Jorge A. Solis*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE